| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>BENNETT, MARK W. | 2. Court or Organization<br><br>USDC/Northern District of Iowa | 3. Date of Report<br><br>03/29/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge -- Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☐ Annual   ☑ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>3/2/2019 |
| 7. Chambers or Office Address<br><br>313 United States Courthouse<br>320 Sixth Street<br>Sioux City, IA 51101 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 03/29/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Santa Clara Law School | 1.15-1.18 | Santa Clara, CA | Judge William A. Ingram Symposium | airfare, lodging, meals |
| 2. | Center for Legal Inclusiveness | 3.21-3.23 | Denver, CO | Implicit Bias Training | airfare, lodging, meals |
| 3. | Civil Jury Project | 3.29-3.30 | New York, NY | Jury Innovations Conference Workshop on Improving and Saving Jury Trials | airfare, lodging, meals |
| 4. | Brett W. Olander & Associates | 4.6 | St. Paul, MN | Torts Litgiation and Ethics IX Seminar | mileage, meals |

| | | | | | |
| --- | --- | --- | --- | --- |
| 5. | Federal Public Defender | 4.17-4.18 | Las Vegas, NV | CLE for CJA Panel Attorneys | airfare, lodging, meals |
| 6. | Oklahoma City Chapter of the Federal Bar | 4.18-4.19 | Oklahoma City, OK | Inaugural Program on Sentencing Issues | airfare, lodging, meals |
| 7. | Washington University School of Law | 4.19-4.20 | St. Louis, MO | Race in the Federal Criminal Court-- Strategies in Pursuit of Justice | airfare, lodging,meals |
| 8. | University of Missouri Law School | 4.22-4.24 | Columbia, MO | Viisting Judge | airfare, mileage, lodging, meals |
| 9. | DePaul Law School | 4.26 | Chicago, IL | Presentation to students | airfare, lodging, meals |
| 10. | Ninth Circuit Court of Appeals | 5.1-5.3 | Reno, NV | Conference of Chief Bankruptcy Judges, Bankruptcy Clerks, and Lawyer Reps | airfare, lodging, meals |
| 11. | Committe on Race and Ethnic Fairness in District Court | 6.13-6.14 | Williamstown, MA | Annual Judges' Conference | airfare, lodging, meals |
| 12. | NACDL | 6.20-6.22 | Santa Monica, CA | Eighth Annual West Coast White Collar Conference | airfare, lodging, meals |
| 13. | Equal Justice Society | 6.22-6.24 | San Francisco, CA | Mind Science Conference | airfare, lodging, meals |
| 14. | NARTC | 7.30-7.31 | Chicago, IL | NARTC Conference | airfare, lodging, meals |
| 15. | Eighth Circuit Court of Appeals | 8.16-8.17 | Des Moines, IA | Eighth Circuit Judicial Conference | mileage, lodging, meals |
| 16. | Tampa Bay Chapter of the Federal Bar Association | 9.5-9.7 | Orlando, FL | 27th Annual National Federal Sentencing Seminar | airfare, lodging, meals |
| 17. | Union Pacific | 9.26 | Omaha, NE | Law Department Meeting | mileage |
| 18. | District Court of Maine | 9.27-9.28 | Portland, ME | District Seminar | airfare, lodging, meals |
| 19. | Civil Jury Project | 10.16-10.19 | New York, NY | NYU Judiical Conference | airfare, lodging, meals |
| 20. | FBA-MN | 10.23 | Minneapolis, MN | Diversity Committee CLE on Implicit Bias | mileage |
| 21. | FBA- New Orleans | 10.25-10.26 | New Orleans, LA | CJA Panel Confernece | airfare, lodging, meals |
| 22. | Hawai state court | 10.31-11.6 | Honolulu, HI | Implicit Bias Training for State Corut Judges | airfare, lodging, meals |
| 23. | NACDL | 11.7-11.8 | Washington, DC | 14th Annual White Collar Seminar | airfare, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 03/29/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Non-IRA (Fidelity) | | | | | | | | | |
| 2.  ANTX | | None | J | T | | | | | |
| 3.  Berkshire Hathaway | | None | | | Distributed | 1/03/18 | K | E | |
| 4.  Compass BK Birmingham | A | Interest | | | Redeemed | 05/18/18 | K | | |
| 5.  Follow BMW BK North Amer Salt Lake CD | | None | M | T | Buy | 02/13/19 | M | | |
| 6.  Homestreet BK Washington CD | A | Interest | | | Buy | 11/01/18 | M | | |
| 7. | | | | | Redeemed | 02/04/19 | M | | |
| 8.  Ishares Russell 100 Growth ETF | A | Dividend | | | Buy | 1/02/18 | J | | |
| 9. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 10. | | | | | Sold | 10/12/18 | J | D | |
| 11.  Surebeam Corp. | | None | J | T | | | | | |
| 12.  Vanguard S&P 500 Growth ETF (VOOG) | A | Dividend | | | Buy | 08/09/18 | J | | |
| 13. | | | | | Sold | 10/09/18 | J | C | |
| 14. | | | | | | | | | |
| 15.  Rollover IRA (Fidelity) | | | | | | | | | |
| 16.  Bamk of China New York City BR CD | A | Interest | J | T | Buy | 07/09/18 | J | | |
| 17. | | | | | Buy (add'l) | 07/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Redeemed (part) | 09/17/18 | J | | |
| 19. | | | | | Buy (add'l) | 11/27/18 | K | | |
| 20. | | | | | Redeemed (part) | 02/28/19 | J | | |
| 21. Bank East Asia LTD New York CD | A | Int./Div. | | | Buy | 05/21/18 | J | | |
| 22. | | | | | Redeemed | 07/25/18 | J | | |
| 23. Capital One Bank (USA) Nat CD | A | Interest | | | Buy | 11/02/18 | K | | |
| 24. | | | | | Redeemed | 02/07/19 | K | | |
| 25. Centier BK Whiting IND CD | | None | K | T | Buy | 02/13/19 | K | | |
| 26. Chipolte | | None | | | Sold | 01/09/18 | J | C | |
| 27. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 28. Fidelity Contra Fund | | None | | | Sold (part) | 07/31/18 | J | C | |
| 29. | | | | | Sold (part) | 11/15/18 | J | D | |
| 30. | | | | | Sold | 12/18/18 | J | B | |
| 31. First Eagle Global Class C | | None | | | Sold | 01/05/18 | J | D | |
| 32. First Trust NASDAQ ABA CBIF | A | Dividend | J | T | Buy | 05/31/18 | J | | |
| 33. Fall Riv Five Cents Svgs BK CD | A | Interest | | | Buy | 07/27/18 | K | | |
| 34. | | | | | Buy (add'l) | 07/27/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Redeemed | 10/31/18 | K | | |
| 36.   Ishares Russell 1000 | A | Dividend | J | T | Buy (add'l) | 01/02/18 | J | | |
| 37. | | | | | Buy (add'l) | 01/04/18 | J | | |
| 38. | | | | | Buy (add'l) | 01/09/18 | J | | |
| 39. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 40. | | | | | Sold (part) | 04/12/18 | J | D | |
| 41. | | | | | Sold (part) | 11/15/18 | J | C | |
| 42. | | | | | Sold (part) | 12/18/18 | J | C | |
| 43.   Kraneshares TR CSI China Internet | A | Dividend | J | T | Sold (part) | 02/02/18 | J | D | |
| 44.   Matthews China Fund | | None | | | Sold | 09/13/18 | J | C | |
| 45.   Matthews Pacific Tiger Fund | A | Dividend | J | T | | | | | |
| 46.   Oppenheimer Int'l | A | Dividend | J | T | Buy (add'l) | 01/09/18 | J | | |
| 47. | | | | | Sold (part) | 04/12/18 | J | D | |
| 48. | | | | | Sold (part) | 11/15/18 | J | C | |
| 49. | | | | | Sold (part) | 12/17/18 | J | B | |
| 50.   Powershares SPHD - ETF * | A | Dividend | | | Sold (part) | 01/02/18 | J | C | |
| 51. | | | | | Sold | 08/09/18 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Proshares Trust Decline Retail Store | A | Dividend | | | Sold (part) | 01/10/18 | J | C | |
| 53. | | | | | Sold | 03/26/18 | J | C | |
| 54. SPDR S&P Dividend ETF (SDY) | A | Dividend | J | T | Sold (part) | 07/05/18 | J | C | |
| 55. | | | | | Sold (part) | 07/05/18 | J | B | |
| 56. U S Silica Hldgs Inc | A | Dividend | | | Sold (part) | 01/09/18 | J | C | |
| 57. | | | | | Buy (add'l) | 02/22/18 | J | | |
| 58. | | | | | Sold (part) | 04/04/18 | J | B | |
| 59. | | | | | Sold | 06/01/18 | J | B | |
| 60. Vaneck Vectors ETF TR Vietnam ETF (VNM) | A | Dividend | | | Sold (part) | 04/12/18 | J | C | |
| 61. | | | | | Sold (part) | 07/05/18 | J | D | |
| 62. | | | | | Sold | 07/05/18 | J | D | |
| 63. Vanguard Admiral FDS Inc S&P Midcap (IVOG) | A | Dividend | J | T | Sold (part) | 12/17/18 | J | C | |
| 64. Vanguard Admiral FDS Inc. S&P Small Cap (VIOO) | A | Dividend | J | T | Sold (part) | 12/10/18 | J | B | |
| 65. Vanguard Health Care Investor | A | Dividend | J | T | | | | | |
| 66. Vanguard S&P 500 Growth ETF (VOOG) | A | Dividend | J | T | Buy (add'l) | 1/08/18 | J | | |
| 67. | | | | | Buy (add'l) | 01/09/18 | J | | |
| 68. | | | | | Buy (add'l) | 08/09/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/15/18 | J | D | |
| 70. Wasatch Core Growth | | None | J | T | Sold (part) | 11/15/18 | J | A | |
| 71. | | | | | Sold (part) | 12/10/18 | J | B | |
| 72. Weibo Corp. | | None | J | T | Sold (part) | 01/09/18 | J | C | |
| 73. | | | | | Sold (part) | 02/02/18 | J | B | |
| 74. | | | | | | | | | |
| 75. Roth IRA (Fidelity) | | | | | | | | | |
| 76. Apple, Inc. | A | Dividend | | | Sold (part) | 01/11/18 | J | B | |
| 77. | | | | | Sold | 11/29/18 | J | B | |
| 78. ARK ETF TR Israel Inovate | | None | | | Buy | 01/04/18 | J | | |
| 79. | | | | | Sold | 06/15/18 | J | B | |
| 80. Bank of China New York BR CD | | None | K | T | Buy | 01/03/19 | K | | |
| 81. | | | | | Buy (add'l) | 01/03/19 | K | | |
| 82. Fidelity Select Semiconductors Port | | None | J | T | Buy | 02/26/19 | J | | |
| 83. | | | | | Buy (add'l) | 02/26/19 | J | | |
| 84. Ishares Russell 1000 Growth ETF | A | Dividend | | | Buy | 08/09/18 | J | | |
| 85. | | | | | Buy (add'l) | 09/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 11/29/18 | J | C | |
| 87. | | | | | Sold (part) | 12/10/18 | J | C | |
| 88. | | | | | Sold (part) | 02/26/19 | J | C | |
| 89. | | | | | Sold | 02/26/19 | J | C | |
| 90. Ishares S&P 500 | A | Dividend | J | T | Sold (part) | 03/26/18 | J | B | |
| 91. | | | | | Buy (add'l) | 05/25/18 | J | | |
| 92. | | | | | Sold (part) | 07/05/18 | J | D | |
| 93. | | | | | Sold (part) | 11/29/18 | J | C | |
| 94. Powershares FD TR II (SPHD) | | None | | | Sold | 01/04/18 | J | D | |
| 95. SPAXX | A | Dividend | J | T | | | | | |
| 96. SPDR S&P Dividend ETF (SDY) | A | Dividend | J | T | Sold (part) | 04/12/18 | J | B | |
| 97. U S Silica Hldgs Inc. Com | A | Dividend | | | Sold | 01/11/18 | J | B | |
| 98. Vanguard Admiral FDS, Inc. | A | Dividend | J | T | Sold (part) | 01/11/18 | J | B | |
| 99. | | | | | Sold (part) | 04/12/18 | J | B | |
| 100. | | | | | Sold (part) | 11/15/18 | J | B | |
| 101. Vanguard Int'l Growth Port Inv CL | A | Dividend | J | T | Buy | 01/02/18 | J | | |
| 102. | | | | | Buy (add'l) | 01/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 11/15/18 | J | C | |
| 104. Vanguard Health Care Investor | A | Dividend | J | T | Sold (part) | 11/15/18 | J | B | |
| 105. Vanguard S&P 500 Growth ETF (VOOG) | A | Dividend | J | T | Buy | 01/11/18 | J | | |
| 106. | | | | | Sold (part) | 04/12/18 | J | C | |
| 107. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 108. | | | | | Sold (part) | 11/15/18 | J | C | |
| 109. Wasatch Core Growth | | None | J | T | Buy (add'l) | 09/18/18 | J | | |
| 110. | | | | | Sold (part) | 11/15/18 | J | D | |
| 111. | | | | | | | | | |
| 112. Miscellaneous Holdings | | | | | | | | | |
| 113. Iowa College Savings Account ** | | None | J | T | | | | | |
| 114. Iowa College Savings Account | | None | J | T | | | | | |
| 115. | | | | | | | | | |
| 116. CKG ACCT; Fidelity, Boston MA | A | Interest | M | T | | | | | |
| 117. Wells Fargo Checking Account | A | Interest | J | T | | | | | |
| 118. Iowa/Nebraska State Bank Checking Account | A | Interest | J | T | | | | | |
| 119. REINSURANCE AGREEMT; 1st Colony Life Ins. Co. | | None | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. IRA Fidelity | | | | | | | | | |
| 122. Ally BK Midvale Utah CD | A | Interest | K | T | | | | | |
| 123. American Century Mid Cap | A | Dividend | J | T | Sold (part) | 12/10/18 | J | D | |
| 124. ARK ETF TR Israel Inovate | | None | | | Buy | 01/08/18 | J | | |
| 125. | | | | | Sold | 12/10/18 | J | A | |
| 126. Bank of China New York City BR CD 06426WNJ7 | A | Interest | L | T | Buy (add'l) | 04/09/18 | K | | |
| 127. | | | | | Redeemed (part) | 06/18/18 | K | | |
| 128. | | | | | Buy (add'l) | 04/16/18 | L | | |
| 129. | | | | | Redeemed (part) | 07/16/18 | K | | |
| 130. | | | | | Redeemed (part) | 07/20/18 | K | | |
| 131. | | | | | Buy (add'l) | 09/25/18 | L | | |
| 132. | | | | | Buy (add'l) | 11/13/18 | L | | |
| 133. | | | | | Buy (add'l) | 11/27/18 | L | | |
| 134. | | | | | Redeemed (part) | 12/27/18 | L | | |
| 135. | | | | | Buy (add'l) | 01/03/19 | L | | |
| 136. | | | | | Redeemed (part) | 02/15/19 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Redeemed (part) | 02/28/19 | L | | |
| 138. Berkshire Hathaway Inc DEL CL B | | None | L | T | Sold (part) | 04/12/18 | J | D | |
| 139. | | | | | Sold (part) | 12/10/18 | L | E | |
| 140. BMW BK North Amer Salt Lake CD | A | Interest | K | T | | | | | |
| 141. Citizens BK NA Providence RI CD | | None | | | Buy | 06/15/18 | K | | |
| 142. | | | | | Redeemed | 09/20/18 | K | | |
| 143. Comenity Cap BK Utah CD | A | Interest | K | T | | | | | |
| 144. Compass BK Birmingham ALA CD | A | Interest | | | Redeemed | 05/18/18 | K | | |
| 145. Direxion SHS ETF TR DLY S&P 500 BR 3X | A | Dividend | | | Buy | 02/06/18 | J | | |
| 146. | | | | | Sold (part) | 02/07/18 | J | C | |
| 147. | | | | | Sold (part) | 02/15/18 | J | C | |
| 148. | | | | | Buy (add'l) | 02/20/18 | J | | |
| 149. | | | | | Sold (part) | 03/01/18 | J | D | |
| 150. | | | | | Buy (add'l) | 03/05/18 | K | | |
| 151. | | | | | Sold (part) | 03/20/18 | K | E | |
| 152. | | | | | Buy (add'l) | 10/11/18 | K | | |
| 153. | | | | | Sold | 10/12/18 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 03/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. East Asia LTD New York NY CD | A | Interest | L | T | Buy | 05/21/18 | K | | |
| 155. | | | | | Redeemed (part) | 07/25/18 | K | | |
| 156. | | | | | Buy (add'l) | 02/21/19 | L | | |
| 157. Fidelity Cash Reserves | A | Dividend | M | T | | | | | |
| 158. Fidelity Contrafund | | None | K | T | Sold (part) | 04/12/18 | K | D | |
| 159. | | | | | Sold (part) | 07/31/18 | K | C | |
| 160. | | | | | Sold (part) | 10/30/18 | K | D | |
| 161. Fidelity Select Energy | | None | J | T | Sold (part) | 03/27/18 | J | B | |
| 162. Fidelity Select Heath Care | A | Dividend | J | T | Sold (part) | 12/10/18 | J | D | |
| 163. Fidelity 500 Index | A | Dividend | J | T | Buy (add'l) | 02/07/18 | J | | |
| 164. | | | | | Sold (part) | 03/19/18 | J | D | |
| 165. | | | | | Buy (add'l) | 08/07/18 | K | | |
| 166. | | | | | Sold (part) | 11/15/18 | J | D | |
| 167. First Eagle Global Class 1 | | None | | | Sold | 01/04/18 | J | D | |
| 168. First National NATL BK PA Greenville Co | A | Interest | | | Buy | 07/26/18 | K | | |
| 169. | | | | | Redeemed | 10/29/18 | K | | |
| 170. Homestreet BK Washington CD | A | Interest | K | T | Buy | 01/29/19 | K | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000